# Court of Appeals
# of the State of Georgia

ATLANTA,  July 26, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1665. SERBRENA BOOKER v. PIEDMONT ROCKDALE HOSPITAL, INC.**

Serbrena Booker filed suit against Piedmont Rockdale Hospital, Inc., and Dr. Woody J. Francis. The trial court issued an order dismissing the hospital with prejudice, and Booker filed this direct appeal. We lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (punctuation omitted). Under such circumstances, there must be either an express determination that there is no just reason for delay under OCGA § 9-11-54 (b) or compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b). See id. "Where neither of these code sections are followed, the appeal is premature and must be dismissed." Id. (punctuation omitted).

The record does not indicate that the trial court directed the entry of judgment under OCGA § 9-11-54 (b) or that the court has resolved Booker's claims against Dr. Francis. Consequently, because this action remains pending below, Booker was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989).

Booker's failure to use the interlocutory appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  07/26/2022

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*